EILEEN M. DECKER
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TODD FIELDS, | ) No. 2:12-cv-03803-MRW |
|     Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

The Court orders and adjudges that judgment in favor of Plaintiff is hereby entered.

Date: December 14, 2015

_____
HON. MICHAEL R. WILNER
United States Magistrate Judge